JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. 2:19-cv-03689-RGK-AGR |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| JOHAL OIL CORPORATION, INC., et al., | |
| Defendant(s). | |

On December 30, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) [16]. Plaintiff was ordered to respond in writing to the OSC not later than January 7, 2020. The Court has reviewed the response to the OSC filed by plaintiff on January 7, 2020 and finds no good cause shown for the lack of prosecution. The case is ordered dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE